UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAUSEO et al
    Plaintiffs

    CIVIL ACTION

V.

    NO.  22-10331-WGY

TOWN OF ROCKPORT
    Defendant

### ORDER OF DISMISSAL

YOUNG, DJ ,

In accordance with the Court's ORDER entered on  6/30/2022  (see clerk notes entered), and in accordance with the Court's denial of the motion for leave to file a 2nd amended complaint (DE 28), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

    By the Court,

January 31, 2023    /s/ Jennifer Gaudet